JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Ned_Smock@fd.org

Counsel for Defendant LU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YIMIN LU,<br><br>  Defendant. | Case No.: 24-cr-472 CRB (AGT)<br><br>**MOTION TO AMEND CONDITIONS OF RELEASE** |

    Yimin Lu is charged here with Conspiracy to Defraud the United States and to Make False Statements on Immigration Documents in violation of 18 U.S.C. §371 and False Statements on Immigration Documents in violation of 18 U.S.C. §1546(a). Ms. Lu has no criminal history. She first appeared in the Southern District of California on August 22, 2024 and was released on a $75,000 appearance bond. *U.S. v. Lu*, No. 24-mj-00341-DUTY, ECF No. 3. On July 1, 2025, this Court convened a bail review hearing after a violation memorandum was filed reporting that Ms. Lu's passport had been located by agents who were at the residence executing a search warrant. At

that hearing the Court amended the conditions of release, placing Ms. Lu on home confinement with location monitoring. ECF No. 51.

After that hearing, Ms. Lu was detained in her home for nearly four months without any violation conduct.  On October 28, 2025 this Court amended Ms. Lu's conditions of release to permit her to leave her home between 7:00 a.m. and 9:00 p.m.  Ms. Lu has abided by all conditions since that time, with the exception of one instance when she returned home late from a trip to Target.  [ECF No. 71]  More than seven months have passed since the hearing at which Ms. Lu was admonished and placed on home confinement, and she has been complying with the conditions of her release with only one very minor exception (the late return home from Target).  Moreover, Ms. Lu has been out of custody since September of 2024 in this case reporting to Pretrial as required.  She has traveled to San Francisco from Southern California several times for court appearances.

Ms. Lu now has two jobs, including one job at a restaurant at which her shift ends at 8:30 p.m.  Depending upon traffic, the drive home can take more than an hour.  Ms. Lu cares for three children (a fourth child is in college in Pennsylvania), including taking them to school and to activities.  She also needs to be able to shop and run errands – sometimes at night.  Having an electronic monitoring bracelet affixed to her ankle is both embarrassing and uncomfortable.  The curfew interferes with her employment schedule and her need to perform tasks for herself and her family.

For these reasons, seven months after the violation proceedings that resulted in installation of the electronic monitoring bracelet, Ms. Lu asks that the Court amend her conditions of release to eliminate the electronic monitoring requirement and asks that she be returned to the conditions of release put in place at the time of her initial appearance.

The undersigned has conferred with counsel for the government who indicate that the government objects to this request. If the Court schedules a hearing, the defense asks that Ms. Lu be permitted to appear via Zoom so that she does not have to travel to San Francisco from her home in Southern California.

February 2, 2026  
Dated

JODI LINKER  
Federal Public Defender  
Northern District of California

/S  
NED SMOCK  
Assistant Federal Public Defender