## ~~PROPOSED~~ ORDER/COVER SHEET

TO:  Honorable Alex G. Tse          RE:  LU, Yimin
U.S. Magistrate Judge

FROM:  Silvio Lugo, Chief           Docket No.:  3:24-cr-00472-CRB
U.S. Pretrial Services Officer

Date:  2/10/26

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Allyse Johnson                      415-436-7508
U.S. Pretrial Services Officer      **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**XX**  **Modification to remove the following special conditions:**

A.  **Defendant must submit to location monitoring as directed by Pretrial Services to ensure compliance with all court ordered location restrictions.**

B.  **Defendant must comply with the following location restrictions: (B) Defendant must observe a curfew and remain at his/her residence every day from 7:00am to 9:00pm, except as directed by Pretrial Services.**

_[signature]_                         February 10, 2026
**JUDICIAL OFFICER**                   **DATE**
Hon. Alex G. Tse
U.S. Magistrate Judge